JS-6

Claude Manookian, Esq. (SBN 243261)
cmm@manookianlaw.com
Katrina B. Manookian, Esq. (SBN 231029)
kbm@manookianlaw.com
Artin Boughouzian, Esq. (SBN 333991)
ab@manookianlaw.com
**MANOOKIAN LAW, APLC**
500 N. Brand Boulevard, Suite 1125
Glendale, California 91203
Telephone: (818) 392-4272
Facsimile: (818) 484-2192
firm@manookianlaw.com

Attorneys for Plaintiff
**TATIANA SARKISYAN**

Sabrina C. Narain (SBN 299471)
sabrina.narain@ltlattorneys.com
Cynthia Y. Sun (SBN 245123)
cynthia.sun@ltlattorneys.com
Paal H. Bakstad (SBN 213630)
Paal.bakstad@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
ltl-e-service@ltlattorneys.com

Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA SARKISYAN, an individual, <br><br> Plaintiff, <br> v. <br><br> MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 2:25−cv−03117−SVW−PD** <br><br> *Assigned to Hon. Stephen V. Wilson* <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

-1-

2:25−cv−03117−SVW−PD

JOINT STIPULATION OF DISMISSAL

1
2   Pursuant to the Stipulation of the parties under the Federal Rules of Civil
3   Procedure Rule 41(a)(1)(A)(ii), and good cause appearing therefore, the stipulation
4   is approved. The entire action, including all claims and counterclaims stated herein
5   against all parties, is hereby ORDERED dismissed with prejudice.
6
7   Dated: October 24, 2025

By: /s/ Stephen V. Wilson
    Hon. Stephen V. Wilson
    US District Judge